**Motion Granted; Dismissed and Memorandum Opinion filed June 24, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00418-CV

### KIM-HUONG T. HUNYHG, Appellant

### V.

### HOUTEX CITY ALLSTAR REALTY, LLC D/B/A RE/MAX MEMORIAL REALTY AND PETER B. MERRITT, LLC, Appellees

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-15810**

# M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed March 3, 2014, which made the partial summary judgment signed October 18, 2013, final. On June 17, 2014, appellant filed an unopposed motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Busby and Donovan.